# Weisberg Law, P.C.
## also t/a Consumer Justice Alliance
*Attorneys at Law*

7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880

Philadelphia County, Pennsylvania
1500 Walnut St., Ste. 1100
Philadelphia, PA 19102

Camden County, New Jersey
Two Aquarium Dr., Ste. 200
Camden, NJ 08103

*Matthew B. Weisberg*\*^
Graham F. Baird^
Robert P. Cocco~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: **www.weisberglawoffices.com**
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

*Tuesday, August 10, 2010*

**Via Fax & ECF**
Judge Stengel
267-299-5068

     RE:    Ricardo Henry v. City of Philadelphia, et al
                  No.: 10-1746

Dear Judge Stengel:

     Per our August 16, 2010 Rule 16 conference in the above matter plaintiff requests a continuance due to plaintiff's counsel's scheduling conflict with a Workers' Compensation matter then concluding.

     Thank you for Your Honor's consideration of this request for a continuance.

                                      Sincerely,

                                      /s/ Matthew B. Weisberg
                                      MATTHEW B. WEISBERG

     cc:    Margaret M. Fenerty, Esq. – VIA ECF ONLY