IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO HENRY,**<br>    **Plaintiff** | : | **CIVIL ACTION** |
| | : | |
| | : | |
| v. | : | 10-CV-1746 |
| | : | |
| **CITY OF PHILADELPHIA, et al.,**<br>    **Defendants** | : | |

## PRETRIAL ORDER

**AND NOW, this 6th day of September, 2011,** this court's order dated July 14th, 2011, (Docket # 15) is **VACATED**.

**FURTHER, this 14th day of July, 2011,** all parties in the above-captioned case having consented to the exercise of jurisdiction by the magistrate judge, with the case accordingly assigned to the undersigned, and it appearing from the November 17, 2010 scheduling order of the district judge that all discovery was completed prior to the court order of referral on April 27, 2011,

**IT IS ORDERED** as follows:

1.   Trial Date ................................ **November 28, 2011, 10:00 a.m.**, courtroom

  to be assigned.

2.   Pre-Trial Status Conference................**November 22, 2011, 11:00 p.m.**,

  Chambers will initiate telephone conference.

3.   **Before, Monday, November 14, 2011**, counsel for each party shall serve upon

  counsel for every other party, together with two (2) copies to chambers:

  (a) the original or a copy of each exhibit they expect to offer at trial in furtherance

  of their respective contentions. Each party shall mark its trial exhibits in advance

  of trial.

1

(b) curriculum vitae for each expert witness expected to testify;

3. **On or before Monday, November 21, 2011,** any objections to the above shall be made to the court in writing.  Any party having an objection to: (a) the admissibility of any exhibit based on authenticity; (b) the adequacy of the qualifications of an expert witness expected to testify; or (c) the admissibility for any reason of any item of evidence expected to be offered; shall submit said objection in writing to this court, setting forth separately each such objection clearly and concisely.  Such objection shall describe <u>with particularity</u> the ground and the authority for the objection.  Unless the court concludes at trial that manifest injustice will result, the court can be expected to <u>overrule</u> any objection offered <u>at trial</u> in respect to any matter covered above, if the court concludes that the objection should have been made as required by this Order.

4. **On or before Monday, November 14, 2011,** counsel for each party shall file with the court, and serve upon opposing counsel, a pre-trial memorandum in accordance with Local Rule 16.1(c).

5. A Final Pretrial Conference will be held on **Monday, November 28, 2011,** immediately preceding jury selection.

BY THE COURT:

_____
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE